**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1349**

FRANCIS WOUKOP YOMI,

Plaintiff - Appellant,

v.

LOUIS DEJOY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, Magistrate Judge.  (1:21-cv-02709-ABA)

Submitted:  July 25, 2024                                  Decided:  July 30, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis Woukop Yomi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Woukop Yomi appeals several orders of the magistrate judge entered in his civil action in which he alleged claims for race, color, and national origin discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.[1]    Specifically, Yomi challenges the magistrate judge's orders granting the defendant an extension of time to respond to the complaint, denying his motions for default judgment, dismissing his complaint and amended complaint, and denying reconsideration.[2] Having thoroughly reviewed the record, we discern no reversible error in the magistrate judge's orders. *See Feminist Majority Found. v. Hurley*, 911 F.3d 674, 685 (4th Cir. 2018) (reviewing de novo dismissal of complaint under Fed. R. Civ. P. 12(b)(6)); *Robinson v. Wix Filtration Corp.*, 599 F.3d 403, 407 (4th Cir. 2010) (reviewing for abuse of discretion denial of reconsideration motion); *White v. Gregory*, 1 F.3d 267, 270 (4th Cir. 1993) (reviewing for abuse of discretion denial of motion for default judgment).

Accordingly, we affirm the magistrate judge's orders. *Yomi v. DeJoy*, No. 1:21-cv-02709-ABA (D. Md. Jan. 26, 2022; filed May 17, 2022 & entered May 18,

---

[1] The parties consented to the magistrate judge's jurisdiction. *See* 28 U.S.C. § 636(c); Fed. R. Civ. P. 73. The Honorable Beth P. Gesner, United States Magistrate Judge, initially presided over this case, and the case was reassigned to the Honorable Adam B. Abelson, United States Magistrate Judge, upon Judge Gesner's retirement.

[2] In his informal brief, Yomi also mentions the magistrate judge's order denying his renewed motion for the appointment of counsel. But Yomi does not contest the correctness of that order. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

2

2022; Mar. 1, 2023; May 30, 2023; Dec. 8, 2023; Mar. 12, 2024).  We also deny Yomi's

motion to recuse Judge Abelson.  We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before this court and argument

would not aid the decisional process.

*AFFIRMED*